UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 90-06158-CR-HURLEY
CASE NO. 93-00245-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RICARDO RIBAS,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 390], dated July 14, 2014, in Case No. 90-06158-Cr-Hurley and [DE 255], dated July 14, 2014, in Case No. 93-00245-Cr-Hurley. Upon consideration, it is

    **ORDERED** and **ADJUDGED** that:

    1. The Magistrate Judge's Report and Recommendations are **adopted**.

    2. A sentencing hearing will set by separate notice.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of July, 2014.

**copy furnished:**
AUSA Donald F. Chase, II
AFPD Neison M. Marks
United States Marshal's Service
United States Probation Office

                                                      Daniel T. K. Hurley
                                               United States District Judge